UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-52126 |
| ROSALBA & JESSE LAZO, SR. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING COSTS OF COLLECTION

THIS CAUSE COMING ON TO BE HEARD on the Motion of SunTrust Mortgage f/k/a Crestar Mortgage, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

SunTrust Mortgage f/k/a Crestar Mortgage's Motion to Allow Costs of Collection is granted. SunTrust Mortgage f/k/a Crestar Mortgage's post petition, pre-confirmation costs of collection in the amount of $350.00 are hereby allowed and approved as reasonable costs of collection. The Chapter 13 Trustee shall add $350.00 to SunTrust Mortgage f/k/a Crestar Mortgage's arrearage claim to be cured pursuant to paragraph E of the Debtors' plan.

Enter:

_/s/ [signature]_
United States Bankruptcy Judge

Dated: 17 APR 2012

**Prepared by:**
Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 12-0046

Rev: 20120209_bko