UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-52126 |
| ROSALBA & JESSE LAZO, SR. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of SunTrust Mortgage f/k/a Crestar Mortgage, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to SunTrust Mortgage f/k/a Crestar Mortgage and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 1227 S. Maple Avenue, Berwyn, IL 60402.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Effective 9/4/12.

Enter:

Dated: 1 4 AUG 2012

United States Bankruptcy Judge

**Prepared by:**
PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 12-0046

Rev: 20120501_bko