IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  ROSALBA & JESSE LAZO, SR.           ) CASE NO. 11B52126
                                          ) Judge A. Benjamin Goldgar
                                          )

### REPAYMENT/DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of SunTrust Mortgage f/k/a Crestar Mortgage, the first mortgagee on the property located at 1227 S. Maple Avenue, Berwyn, IL 60402, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to SunTrust Mortgage f/k/a Crestar Mortgage of $5599.47 through March 2013 after crediting the tender of payments made through March 20, 2013. The aforementioned default is calculated as follows:

| | | |
|---|---|---|
| September 2012 - March 2013 | 7 @ $1165.37 | $8157.59 |
| Less funds in suspense | | ($ 58.12) |
| Less funds tendered | | ($2500.00) |
| Leaves a total default through March 2013 of | | $5599.47 |

The Debtor shall tender the following payments on or before the following dates:

| | |
|---|---|
| On or before April 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before May 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before June 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before July 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before August 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before September15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before October 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before November 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before December 15, 2013 | One post-petition mortgage payment + $559.95 |
| On or before January 15, 2014 | One post-petition mortgage payment + $559.92 |

The current post petition mortgage payments are $1165.37, and may change due to changes in ARM or Escrow if applicable.

2. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to SunTrust Mortgage f/k/a Crestar Mortgage without further Court Order.

3. The aforestated payments shall be made payable to SunTrust Mortgage f/k/a Crestar Mortgage and received in the office SunTrust Mortgage f/k/a Crestar Mortgage's attorneys, PIERCE AND ASSOCIATES, P.C., in the form of money orders, certified checks, or cashier's checks.

4. Commencing with the February 1, 2014 post-petition mortgage payment and continuing thereafter, if the Debtor fails to make said payment on the date on which it is due, thereby accruing a two post-petition mortgage payment default, then the Stay shall automatically Modify to SunTrust Mortgage f/k/a Crestar Mortgage without further Court Order, if upon notice to the Debtor and the Debtor's attorney the complained of default is not fully cured and proof of cure received by SunTrust Mortgage f/k/a Crestar Mortgage's attorney, PIERCE AND ASSOCIATES, P.C., ONE NORTH DEARBORN, SUITE 1300, CHICAGO, ILLINOIS 60602, within 14 days from the date notice is sent.

5. In the event the Stay is Modified to SunTrust Mortgage f/k/a Crestar Mortgage or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

6. In the event that Pierce & Associates, P.C. should have to send out any Notices of Default under this Order, the Debtor shall pay an extra $150.00 per Notice in certified funds to Pierce & Associates, P.C. in addition to whatever funds are needed to cure the default cited in the Notice. These $150.00 payments constitute attorney's fees and must be paid within the same 14 day cure period listed in paragraph 4 of this Order or Stay shall Modify.

Dated: 2 6 MAR 2013    Entered: _____
Bankruptcy Judge A. Benjamin Goldgar

Yanick E. Polycarpe
PIERCE & ASSOCIATES, P.C.
Attorneys at Law
ONE NORTH DEARBORN, SUITE 1300
CHICAGO, ILLINOIS 60602
(312)346-9088
PA No. 12-0046