B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re Jesse Lazo, Sr. ; ,           Case No. 11-52126

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | SunTrust Mortgage f/k/a Crestar Mortgage |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

**Phone:** _____
**Last Four Digits of Acct #:** XXXX8983

**Court Claim # (if known):** 5
**Amount of Claim:** 175,042.72
**Date Claim Filed:** 02/10/2012

**Phone:** _____
**Last Four Digits of Acct #:**

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

**Phone:** _____
**Last Four Digits of Acct #:** XXXX8983

I declare under penalty and perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: _____       Date: October 30, 2013
   Andrew Goldberg
   ~~Lisa Singer~~
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Ross T Brand, Esq.
Debtor(s) Attorney

Marilyn O Marshall, Esq.
Chapter 13 Trustee

October 31 2013

_____
Joseph Messina